# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL URIBE,

        Plaintiff,

vs.

COLUMBIA PROPERTIES LAUGHLIN, LLC,

        Defendant.

Case No. 2:11-cv-00173-KJD-RJJ

**ORDER**

     Before the court is Defendant's Motion for Waiver of Attendance of Insurance Representative at ENE Session (Dkt. #24). Defendant states that the insurance representative works in New York, New York, is responsible for over 200 matters and that one or more of the Defendant's representatives will be present for the ENE. Additionally, Plaintiff's initial disclosures indicate he seeks damages of approximately $11,000, not including punitive and emotional distress damages.

     Having reviewed and considered the matter the court finds Defendant has established good cause for the requested relief. As such,

     **IT IS ORDERED** that Defendant's Motion for Waiver of Attendance of Insurance Representative at ENE Session (Dkt. #24) is **GRANTED** and Mr. Gazzola shall be available for the duration of the ENE session by telephone as needed.

     Dated this 14th day of July, 2011.

                                          Peggy A. Leen
                                          United States Magistrate Judge