FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  agolden@laborlawyers.com

Attorneys for Defendant
Columbia Properties Laughlin, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL URIBE, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>COLUMBIA PROPERTIES LAUGHLIN, LLC, a Nevada Limited Liability Company d/b/a RIVER PALMS RESORT CASINO; DOES 1 THROUGH 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>                    Defendants. | Case No.: 2:11-cv-00173-KJD-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Michael Uribe, by and through his counsel of record, and Defendant, Columbia Properties Laughlin, LLC d/b/a River Palms Resort and Casino ("Defendant"), by and through its counsel of record, that Defendant shall be dismissed from this action, with

/ / /

/ / /

- 1 -

LasVegas 90430.1

1 | prejudice, each party to bear its own attorney's fees and costs.

2 | DATED this 24th day of August, 2011          DATED this 22 day of August, 2011

3 | FISHER & PHILLIPS LLP                                    KANG & ASSOCIATES, PLLC

4 | By: /s/ Anthony B. Golden                                By: /s/
    Mark J. Ricciardi, Esq.                                         Patrick W. Kang, Esq.
5 | Anthony B. Golden, Esq.                                 Erica D. Loyd, Esq.
    3800 Howard Hughes Parkway                       3571 Red Rock Street
6 | Suite 950                                                          Suite A
    Las Vegas, Nevada 89109                            Las Vegas, Nevada 89103
7
    Attorneys for Defendant                                 Attorneys for Plaintiff
8

9
                                                                       IT IS SO ORDERED:
10

11

12                                                                   _____
13                                                                   UNITED STATES DISTRICT JUDGE

14
                                                                     Dated: 8/25/11
15

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169